# -EXHIBIT A-

| From: | Ross Good |
|---|---|
| To: | Seth Corthell |
| Cc: | Martin Jaszczuk; Margaret Schuchardt; Ryan Kelly; Glenn Hara |
| Subject: | Re: Arkin v. Smith - Notice of Depositions |
| Date: | Wednesday, March 18, 2020 12:38:42 PM |

Seth,

We want testimony from your clients' employees regarding policies, procedures, PEIP, EBR, etc. We believe having you file your Motion for Protective Order secures our position that we have been trying to take these depositions since January and you have stymied us. Our concern is that there will be no ruling on Arkin's Motion to Extend and that we will be forced to file our Motion for Class Certification on April 3 without the testimony. If we agree to file our Motion to Extend unopposed and not unilaterally notice up the deps of your clients' employees, will you agree not to contest Defendants' policies/procedures regarding the faxing at issue, PEIP, EBR, etc.?

Please specifically identify what you will agree to waive for purposes of briefing class certification. Please advise if you think another call would be useful. Maybe it would help for Martin and Maggie to join.

Thank you

--
Ross Good
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
rgood@andersonwanca.com - EMail
(847) 350-9861 - Direct Phone
(847) 350-9861 - Direct Fax
(847) 368-1500 - Office Phone
(847) 368-1501 - Office Fax


On Wed, Mar 18, 2020 at 11:54 AM Seth Corthell <scorthell@jaszczuk.com> wrote:

Hi Ross,


After our discussion this morning, we're still perplexed by your position. Our agreement was based on your prior position that you would insist on taking depositions in the next few weeks, which would force our hand and require us to file a motion for protective order. However, earlier this week you told me that you would not be taking depositions in the next few weeks given the COVID-19 outbreak. That being the case, there is no need for us to burden the court—especially at this time—with a motion for a protective order.


If something has changed for you yet again, and you are insisting that depositions move forward in

the next few weeks, then send us your new deposition notices.  We will at that time be forced to bring a motion for entry of a protective order.  As I have explained to you, we don't believe that to be the most prudent course of action, especially as it will unnecessarily tax court resources at a very inopportune time.  And as we have made abundantly clear, we will advise our client to support your motion to extend the deadline.  Nevertheless, if you insist, we will have no choice.

I'm very happy to jump on another call with you to find an alternative way to work this out.

Thanks,

Seth Corthell

**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com

NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Seth Corthell
**Sent:** Wednesday, March 18, 2020 9:04 AM
**To:** Ross Good <rgood@andersonwanca.com>
**Subject:** RE: Arkin v. Smith - Notice of Depositions

Ross,

I am available now.  My number is (312) 560-9398.


Seth Corthell

**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com


NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.


**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Tuesday, March 17, 2020 11:19 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Martin Jaszczuk <mjaszczuk@jaszczuk.com>; Margaret Schuchardt
<mschuchardt@jaszczuk.com>; Ryan Kelly <rkelly@andersonwanca.com>; Glenn Hara
<ghara@andersonwanca.com>
**Subject:** Re: Arkin v. Smith - Notice of Depositions


Seth,

Just to recap, Arkin and Smith have agreed to the following:

- Plaintiffs will pause all discovery, including all depositions, until March 18, 2020.

  o If our motion to stay is granted by then, the issue is moot because all discovery will be stayed pending a resolution regarding the class settlement.

  o If the motion to stay is denied on the merits, Defendants will agree, subject to court approval, to extend the deadline for Plaintiffs to file a class certification

motion by 30 days.

o If the motion to stay is still pending, Defendants will move for a protective order on March 18 and if that motion is eventually denied, will agree, subject to court approval, to extend the class certification deadline by 30 days following an order denying the motion for protective order or otherwise rendering it moot (*i.e.* an order denying the motion to stay).

Assuming there is no ruling by March 18, Arkin expects Defendants to move for Protective Order. Plaintiffs expect that Defendants will cite COVID-19 and the health threat associated with conducting depositions.

In addition, but **not** instead of filing Defendants' Motion for Protective Order, I am attaching a Motion for Extension requesting 60 days (instead of the 30 days contemplated in our original agreement) that we propose to file extending the 4/3 class cert deadline. We do not need to file this immediately. I would like to discuss timing with you. When are you available to discuss?

Thank you

--

Ross Good

Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax

On Tue, Mar 17, 2020 at 11:27 AM Seth Corthell <scorthell@jaszczuk.com> wrote:

Ross,

We are in agreement that depositions are not feasible in the coming weeks. Accordingly, we think the best action is for you to file a motion to extend the deadline. Please send us a draft motion to extend the deadline. We will review it and assuming there is nothing objectionable, we will advise our clients to agree to the extension.

Best,

Seth Corthell

**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com

NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Tuesday, March 17, 2020 10:44 AM
**To:** Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Martin Jaszczuk <mjaszczuk@jaszczuk.com>; Margaret Schuchardt <mschuchardt@jaszczuk.com>; Ryan Kelly <rkelly@andersonwanca.com>; Glenn Hara <ghara@andersonwanca.com>
**Subject:** Re: Arkin v. Smith - Notice of Depositions

Seth,

I do not think it is feasible to take any depositions for more than 30 days. As their lawyer, I do not think you will produce deponents in the next 30 days.

That said, there is still a deadline in place. I think you should file your protective order or we should agree to move the deadlines in the court's case management order by more than 30 days in light of the global pandemic. If you think there is a reason for us to discuss, please call 847-350-9861.

--

Ross Good

Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax

On Tue, Mar 17, 2020 at 10:25 AM Seth Corthell <scorthell@jaszczuk.com> wrote:

> Ross,
>
> I am a bit confused by your email.  During our conversation, you seemed to indicate that you did not think it was possible to take depositions given the COVID-19 outbreak.  If you do not intend to take depositions in the coming weeks, we will not need to move for a protective order.  However, if you intend to notice depositions to take place in the next month, we will move for a protective order as we discussed in late February.
>
> If you would like to discuss this further, please do not hesitate to call me.  I am working from home today and am available via my cell phone at (312) 560-9398.  We would

prefer to work this out without motion practice.


Best,


Seth Corthell


**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com


NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.


**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Monday, March 16, 2020 10:44 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Martin Jaszczuk <mjaszczuk@jaszczuk.com>; Margaret Schuchardt <mschuchardt@jaszczuk.com>; Ryan Kelly <rkelly@andersonwanca.com>; Glenn Hara <ghara@andersonwanca.com>
**Subject:** Re: Arkin v. Smith - Notice of Depositions


Seth,

As discussed this afternoon, if the motion to stay is still pending on March 18, Defendants should move for a protective order on March 18. As previously agreed, if that motion is eventually denied, Defendants will agree, subject to court approval, to extend the class certification deadline by 30 days following an order denying the motion for protective order or otherwise rendering it moot (i.e. an order denying the motion to stay).

Please confirm Defendants will file the Motion for Protective Order on March 18 if the Motion to Stay is still pending.


Thank you


--

Ross Good

Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax



On Mon, Mar 16, 2020 at 10:12 AM Ross Good <rgood@andersonwanca.com> wrote:

> Seth,

> Thank you for talking to me. As discussed, you will talk to Martin and the rest of your side about a possible revised plan if nothing changes by 3/18 for more than 30 day extension in light of the global pandemic.


> Thank you


> --

> Ross Good

> Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax


On Sun, Mar 15, 2020 at 9:09 PM Ross Good <rgood@andersonwanca.com> wrote:

What time is good for you? Earlier is better for me.


--

Ross Good

Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax


On Sun, Mar 15, 2020 at 2:55 PM Seth Corthell <scorthell@jaszczuk.com> wrote:

Yes.  Let's talk tomorrow morning.

Seth Corthell


**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com


NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.



**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Saturday, March 14, 2020 9:43 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Martin Jaszczuk <mjaszczuk@jaszczuk.com>; Margaret Schuchardt <mschuchardt@jaszczuk.com>; Ryan Kelly <rkelly@andersonwanca.com>; Glenn Hara <ghara@andersonwanca.com>
**Subject:** Re: Arkin v. Smith - Notice of Depositions


Seth,

As you know, March 18 is approaching quickly. Do you have a few minutes to talk about this on Monday?


Thank you


--

Ross Good

Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax

On Fri, Feb 28, 2020 at 4:02 PM Seth Corthell <scorthell@jaszczuk.com> wrote:

> Ross,

> Our client has approved the following agreement:

- Plaintiffs will pause all discovery, including all depositions, until March 18, 2020.
  - If our motion to stay is granted by then, the issue is moot because all discovery will be stayed pending a resolution regarding the class settlement.
  - If the motion to stay is denied on the merits, Defendants will agree, subject to court approval, to extend the deadline for Plaintiffs to file a class certification motion by 30 days.
  - If the motion to stay is still pending, Defendants will move for a protective order on March 18 and if that motion is eventually denied, will agree, subject to court approval, to extend the class certification deadline by 30 days following an order denying the motion for protective order or otherwise rendering it moot (*i.e.* an order denying the motion to stay).

Given that you expressed your consent in the prior email, I consider the agreement final. If you disagree, please let me know.

Best,

Seth Corthell

**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com

NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Thursday, February 27, 2020 1:31 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Martin Jaszczuk <mjaszczuk@jaszczuk.com>; Margaret Schuchardt <mschuchardt@jaszczuk.com>; Ryan Kelly <rkelly@andersonwanca.com>; Glenn Hara <ghara@andersonwanca.com>
**Subject:** Re: Arkin v. Smith - Notice of Depositions

Seth,

We accept your offer. Please ask your client for approval. We do not believe anything needs to be submitted to the Court until March 18, 2020. Please let us know if you disagree.

--

Ross Good

Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax

On Thu, Feb 27, 2020 at 12:59 PM Seth Corthell <scorthell@jaszczuk.com>
wrote:

Ross,

Following up on our call here is the proposal as I understand it:

- Plaintiffs will pause all discovery, including all depositions, until
  March 18, 2020.
    - If our motion to stay is granted by then, the issue is moot
      because all discovery will be stayed pending a resolution
      regarding the class settlement.
    - If the motion to stay is denied on the merits, Defendants will
      agree, subject to court approval, to extend the deadline for
      Plaintiffs to file a class certification motion by 30 days.
    - If the motion to stay is still pending, Defendants will move for
      a protective order on March 18 and if that motion is eventually
      denied, will agree, subject to court approval, to extend the class
      certification deadline by 30 days following an order denying
      the motion for protective order or otherwise rendering it moot
      (*i.e.* an order denying the motion to stay).

If this proposal is acceptable to you, we will reach out to our client and ask
for immediate approval.

Best,

Seth Corthell

**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com

NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Thursday, February 27, 2020 10:56 AM
**To:** Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Martin Jaszczuk <mjaszczuk@jaszczuk.com>; Margaret Schuchardt <mschuchardt@jaszczuk.com>; Ryan Kelly <rkelly@andersonwanca.com>; Glenn Hara <ghara@andersonwanca.com>
**Subject:** Re: Arkin v. Smith - Notice of Depositions

Seth,

We will not agree to the Motion to Stay. We intend to file our opposition.

We will agree not to pursue the depositions in Arkin v. Smith until the motion to stay is decided or March 18, 2020, whichever is earlier. In exchange, we ask that Smith agree to jointly move to extend the April 3, 2020 deadline for our motion for class certification if Arkin requests it. It is our understanding that you have rejected our offer. Please let me know if this is incorrect.

Thank you

--

Ross Good

Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax

On Thu, Feb 27, 2020 at 10:42 AM Seth Corthell
<scorthell@jaszczuk.com> wrote:

Ross,

Following up on our conversation on the phone, here is our counter offer:

Plaintiffs Arkin and Sawyer will agree to the motion to stay, conditioned on the Court extending the April 3, 2020 deadline for parties to move for certification regardless of whether the motion to stay is granted or denied. The motion will reflect that Defendants agree to this extension. The motion should be filed today or tomorrow.

Let us know if this is acceptable to you and if so we will ask for immediate approval from our client.

Best,

Seth Corthell

**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com

NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Thursday, February 27, 2020 9:44 AM
**To:** Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Martin Jaszczuk <mjaszczuk@jaszczuk.com>; Margaret Schuchardt <mschuchardt@jaszczuk.com>; Ryan Kelly <rkelly@andersonwanca.com>; Glenn Hara <ghara@andersonwanca.com>
**Subject:** Re: Arkin v. Smith - Notice of Depositions

As you know, Arkin and Smith have at least twice asked Judge Honeywell to extend deadlines in the Case Management Order. Nevertheless, we will agree not to pursue the depositions in Arkin v. Smith until the motion to stay is decided or March 18, 2020, whichever is earlier. In exchange, we ask that Smith agree to jointly move to extend the April 3, 2020 deadline for our motion for class certification if Arkin requests it. Please provide your position.

--

Ross Good

Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax

On Wed, Feb 26, 2020 at 4:21 PM Seth Corthell
<scorthell@jaszczuk.com> wrote:

> Ross,
>
> Following up on this email, I am attaching a copy of our motion for
> protective order that we intend to file in the *H. D. Smith* matter.  Please
> let us know whether you object to this motion.  If you are willing to
> hold off on setting deposition dates until after the Court has ruled on
> the motion to stay, we can avoid motion practice on this issue.
>
> If you would like to discuss over the phone, I am in my office.
>
> Best,
>
> Seth Corthell
>
> **Jaszczuk P.C.**
>
> 311 S. Wacker Drive, Suite 3200
>
> Chicago, IL  60606
>
> 312-442-0401
>
> scorthell@jaszczuk.com

www.jaszczuk.com

NOTICE: This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Thursday, February 20, 2020 2:19 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Martin Jaszczuk <mjaszczuk@jaszczuk.com>; Margaret Schuchardt <mschuchardt@jaszczuk.com>
**Subject:** Re: Arkin v. Smith - Notice of Depositions

Seth,

I have been asking for deposition dates for several weeks. I am not withdrawing my requests. Please provide deposition dates or file a motion for protective order

On Thu, Feb 20, 2020, 1:15 PM Seth Corthell <scorthell@jaszczuk.com> wrote:

> Ross,
>
> Given your refusal to consent to staying the litigation while the court considers the proposed settlement, we filed a motion to stay yesterday afternoon. Now that the motion to stay is on file, we assume that you will hold off on pursuing the depositions you previously attempted to notice (and for which you have given us until February 21 to provide you with available dates) until the court rules on our motion to stay. Please let us know if our assumption is correct. Otherwise, if you continue to insist that the depositions move forward despite our pending motion to stay, we will have no choice but to file a motion for a protective order.
>
> I'm happy to jump on the phone at any time if you would like to discuss.

Best,


Seth Corthell


**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com


NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.


**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Wednesday, February 19, 2020 3:21 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>
**Cc:** Martin Jaszczuk <mjaszczuk@jaszczuk.com>; Margaret Schuchardt <mschuchardt@jaszczuk.com>
**Subject:** Re: Arkin v. Smith - Notice of Depositions


Seth,

Judge Honeywell has not vacated any of the deadlines including the April 3 deadline for Motion for Class Certification. Plaintiffs will not agree to a stay. Please provide available deposition dates no later than February 21, 2020.


Thank you

--

Ross Good

Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax

On Wed, Feb 19, 2020 at 9:38 AM Seth Corthell <scorthell@jaszczuk.com> wrote:

Ross,

I called your office but it appears you are away from your desk. Now that you have had an opportunity to review the settlement and motion for preliminary approval, please let us know whether you have any objections to our motion to stay the action. I am available via my direct line if you would like to discuss.

Best,

Seth Corthell

**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com

NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is privileged, confidential and/or protected from disclosure under applicable law, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this email in error, please notify the sender immediately, destroy this email and all copies of it and do not copy or disclose it to anyone else.

---

**From:** Seth Corthell
**Sent:** Friday, February 14, 2020 1:42 PM
**To:** Ross Good <rgood@andersonwanca.com>
**Cc:** Ryan Kelly <rkelly@andersonwanca.com>; Michelle Osborn <mosborn@andersonwanca.com>; Martin Jaszczuk <mjaszczuk@jaszczuk.com>; Margaret Schuchardt <mschuchardt@jaszczuk.com>; Beth-Ann Krimsky <beth-ann.krimsky@gmlaw.com>; lawren.zann@gmlaw.com; Phil Bock <phil@classlawyers.com>; Tod Lewis <Tod@bockhatchllc.com>; service@anchortpc.com; rhatch@classlawyers.com; David Oppenheim <david@classlawyers.com>
**Subject:** RE: Arkin v. Smith - Notice of Depositions

Ross,

Following up on our call this morning, we are not available for depositions on the dates and at the locations you have unilaterally noticed.  We will have to decide on alternative dates and locations if the litigation continues.

Furthermore, during our call I noted that we anticipate Bock Hatch filing a motion for preliminary approval soon.  I asked if you would object to a motion to stay, which we intend to file after the motion for preliminary approval is on file.  You indicated that you would need to see the settlement prior to making a decision on whether to oppose the motion to stay.

Best,


Seth Corthell


**Jaszczuk P.C.**

311 S. Wacker Drive, Suite 3200

Chicago, IL  60606

312-442-0401

scorthell@jaszczuk.com

www.jaszczuk.com


NOTICE:  This email is from the law firm of Jaszczuk P.C., may contain information that is
privileged, confidential and/or protected from disclosure under applicable law, and is intended
solely for the use of the individual(s) to whom it is addressed.  If you believe you received this
email in error, please notify the sender immediately, destroy this email and all copies of it and do
not copy or disclose it to anyone else.

---

**From:** Ross Good <rgood@andersonwanca.com>
**Sent:** Friday, January 24, 2020 9:43 PM
**To:** Seth Corthell <scorthell@jaszczuk.com>; Martin Jaszczuk
<mjaszczuk@jaszczuk.com>; Margaret Schuchardt
<mschuchardt@jaszczuk.com>; Beth-Ann Krimsky <beth-
ann.krimsky@gmlaw.com>; lawren.zann@gmlaw.com; Phil Bock
<phil@classlawyers.com>; Tod Lewis <Tod@bockhatchllc.com>;
service@anchortpc.com; rhatch@classlawyers.com; David
Oppenheim <david@classlawyers.com>
**Cc:** Ryan Kelly <rkelly@andersonwanca.com>; Michelle Osborn
<mosborn@andersonwanca.com>
**Subject:** Arkin v. Smith - Notice of Depositions


Seth,

I am attaching a Notice of Depositions.

When we talked yesterday, you indicated you had no preference as to where these depositions are set. As we discussed yesterday, I am willing to move the depositions to locations that are more convenient for deponents.

When are you available to meet-and-confer?

Thank you

--

Ross Good

Anderson + Wanca

3701 Algonquin Rd., Suite 500

Rolling Meadows, IL 60008

rgood@andersonwanca.com - EMail

(847) 350-9861 - Direct Phone

(847) 350-9861 - Direct Fax

(847) 368-1500 - Office Phone

(847) 368-1501 - Office Fax

[CAUTION: This email was sent from outside of this organization]