IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| Steven Arkin, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 8:19-CV-1723-T-36TGW |
| | ) | |
| Smith Medical Partners, LLC | ) | Hon. Charlene Honeywell |
| and H. D. Smith, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **consolidated with** | ) | |
| | ) | |
| William D. Sawyer, M.D., Pressman, Inc., | ) | |
| et al. v. Smith Medical Partners, LLC and | ) | |
| H. D. Smith, LLC, No. 8:19-cv-02410-CEH | ) | |

PLAINTIFF PRESSMAN, INC.'S UNOPPOSED
FRCP 60(a) MOTION TO CORRECT SCRIVENER'S ERROR IN
THE FINAL APPROVAL ORDER

Submitted by:

Phillip A. Bock
Robert M. Hatch
Jonathan B. Piper
BOCK HATCH & OPPENHEIM LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5501

Plaintiff, Pressman, Inc., as the representative of the certified class, moves the Court under Federal Rule of Civil Procedure 60(a) to correct a scrivener's error in the Final Approval Order [Doc. 97]. The Eleventh Circuit granted Pressman's "Motion to Relinquish Jurisdiction for the Limited Purpose of Allowing a Rule 60(a) Motion to Correct a Scrivener's Error in the District Court Order that is the Subject of this Appeal" on April 21, 2021, allowing Pressman to file this motion in this Court. Doc. 101.

The Final Approval Order approves attorney fees for class counsel of $1,250,000.00, but the parties intended the amount to be $1,125,000.00 (25% of the fund of $4,500,000.00 created by the class settlement). Doc. 87 (Motion for Final Approval, pp. 10, 21); Doc. 97 (Final Approval Order, ¶ 18). In further support of its motion, Pressman states as follows:

1. Pressman moved for preliminary approval of a proposed class action settlement on February 21, 2020. Doc. 58 (Amended Motion for Preliminary Approval). Pressman proposed a total settlement fund of $4,500,000 with 25% of the fund, $1,125,000.00, for attorney fees as provided by the Settlement Agreement between Pressman and Defendants. Doc. 58, p. 11 (Renewed Motion for Preliminary Approval, p. 11); Doc. 58-1 (Settlement Agreement, p. 29).

2. On August 4, 2020, the Court granted Pressman's motion for preliminary approval of the proposed class action settlement. Doc. 80 (Order).

3. After the class was sent notice, Pressman moved for final approval on November 23, 2020. Doc. 87 (Motion for Final Approval). Pressman's motion requested $1,125,000.00 in attorney fees. *Id.*, pp., 10, 21. Unfortunately, the proposed Final Approval Order attached to Pressman's motion inadvertently recited the amount as $1,250,000.00. Doc. 87-1 (Proposed Final Approval Order, ¶ 18).

4. The Court granted Pressman's Motion for Final Approval on February 25, 2021. Doc. 97 (Final Approval Order). The Court's order repeated the error in Pressman's proposed order submitted at the final approval hearing and stated the amount of attorney fees was $1,250,000.00 rather than the correct amount, 25% of $4,500,000, or $1,125,000.00. *Id.* at ¶ 18.

5. Pressman discovered the error on March 29, 2021, and notified counsel for Arkin and Defendants the next day. Declaration of R. Hatch, ¶¶ 5, 7 (attached hereto as Exhibit 1). Pressman proposed a motion to correct the error, and counsel for Arkin and Defendants responded that they did not object to such a motion. *Id.* at ¶ 7, Exhibit A (Email Correspondence).

6. Rule 60(a) allows the Court to "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Mathematical errors in the computation of the amount of a judgment that were not intended are "clerical mistakes" that should be corrected under Rule 60(a). *Hale Container Line v.*

*Houston Sea Packing Co.*, 137 F.3d 1455, 1474 (11th Cir. 1998) (remanding case for district to correct error calculating judgment "at the rate of 375 francs per month" when the indisputably correct figure was "6,375 francs per month."); *see also* 11 Charles Alan Wright, Arthur R, Miller & Mary Kay Kane, FED. PRAC. AND PROC. CIVIL 2D § 2854, p. 244 n. 12 (1995) (collecting cases allowing correction of errors in mathematical computations in judgments under Rule 60(a)).

### Local Rule 3.01(g) Certification

7.   Movant certifies that the undersigned counsel have conferred with the opposing parties (counsel for Defendants and counsel for Arkin) and that he is authorized to state that they do not oppose the resolution of this motion.

WHERERFORE, Pressman respectfully requests that the Court grant Pressman, Inc.'s Motion to Correct a Scrivener's Error in the Final Approval Order.

                                                Respectfully submitted,

                                                PRESSMAN, INC., individually and
as the putative representative of the
proposed Settlement Class

                                                By: <u>/s/ Phillip A. Bock</u>
                                                        One of its attorneys

Phillip A. Bock
Robert M. Hatch
Jonathan B. Piper
BOCK HATCH & OPPENHEIM LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5501

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Phillip A. Bock